**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL R. SEIFERT )<br>)<br>        Plaintiff )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy )<br>)<br>        Defendant ) | C.A. No. 06-2219 (RBW)<br>Electronic Case Filing |

**NOTICE OF PROOF OF SERVICE**

COMES NOW plaintiff, through undersigned counsel, and hereby provides the Court with Notice of Proof of Service of the Summons, Complaint, and a Notice of Right to Consent to Trial Before United States Magistrate Judge.  Service of the above documents was accomplished via certified U.S. Mail, postage-prepaid, with return receipts requested from recipients pursuant to Fed. R. Civ. P. 4(i).  Pages 2 and 3 of this document prove that the U.S. Attorney General and the U.S. Attorney for the District of Columbia received the above documents on January 8, 2007, and the defendant received the above documents on January 10, 2007.

                                            Respectfully submitted,

                                            /s/ Grant E. Lattin
                                            Grant E. Lattin, DC Bar # 436051
                                            Counsel for Plaintiff
                                            11970 Shorewood Court
                                            Woodbridge, Virginia  22192
                                            Phone:  (703) 490-0000
                                            Fax:  (703) 497-7249
                                            Email:  Glattin@ArmedForcesLaw.com

January 25, 2007

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530   OFFICIAL USE

| | |
|---|---|
| Postage | $0.87 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.12 |

Postmark Here   01/03/2007

Sent To: U.S. Attorney General
Attn: Mail Referral Unit Rm B-103
950 Pennsylvania Avenue
Washington, DC 20530

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530   OFFICIAL USE

| | |
|---|---|
| Postage | $0.87 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.12 |

Postmark Here   01/03/2007

Sent To: United States Attorney
Attn: Civil Division
555 4th Street, NW
Washington, DC 20530

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20350   OFFICIAL USE

| | |
|---|---|
| Postage | $0.87 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.12 |

Postmark Here   01/03/2007

Sent To: Donald C. Winter
Secretary of the Navy
Navy Pentagon 1000
Washington, DC 20350-1000

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Attn: Mail Referral Unit Rm B-103
   950 Pennsylvania Avenue
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed] Emily L. Parker — ☐ Agent ☐ Addressee
B. Received by (Printed Name): JAN 0[?] /07
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 4875 1225

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney
   Attn: Civil Division
   555 4th Street, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed] Emily L. Parker — ☐ Agent ☐ Addressee
B. Received by (Printed Name): JAN 0 8 2007
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 4875 1232

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald C. Winter
   Secretary of the Navy
   Navy Pentagon 1000
   Washington, DC 20350-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X LYNN H. BLEVINS — ☐ Agent ☐ Addressee
B. Received by (Printed Name): ADMINISTRATIVE ASSISTANT TO THE GENERAL COUNSEL
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No
   DEPARTMENT OF THE NAVY
   OFFICE OF THE GENERAL COUNSEL
   WASHINGTON, D.C. 20350

3. Service Type: JAN 10 2007 ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 4875 1249

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540