**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL R. SEIFERT           )<br>                                            )<br>             Plaintiff        )<br>                                            )<br>v.                                       )<br>                                            )       C.A. No. 06-2219 (RBW)<br>DONALD C. WINTER      )       Electronic Case Filing<br>Secretary of the Navy     )<br>                                            )<br>             Defendant      ) | |

**NOTICE OF PROOF OF SERVICE**

COMES NOW plaintiff, through undersigned counsel, and hereby provides the Court with Notice of Proof of Service of the Summons, Complaint, and a Notice of Right to Consent to Trial Before United States Magistrate Judge. Service of the above documents was accomplished via certified U.S. Mail, postage-prepaid, with return receipts requested from recipients pursuant to Fed. R. Civ. P. 4(i). Pages 2 and 3 of this document prove that the U.S. Attorney General and the U.S. Attorney for the District of Columbia received the above documents on January 8, 2007, and the defendant received the above documents on January 10, 2007.

    Respectfully submitted,

    /s/ Grant E. Lattin
    Grant E. Lattin, DC Bar # 436051
    Counsel for Plaintiff
    11970 Shorewood Court
    Woodbridge, Virginia  22192
    Phone:  (703) 490-0000
    Fax:  (703) 497-7249
    Email:  Glattin@ArmedForcesLaw.com

January 25, 2007

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Reciept Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Postmark Here — JAN -3 2007 — 01/03/2007

Sent To: U.S. Attorney General
Street, Apt. No. or PO Box No.: Attn: Mail Referral Unit Rm B-103
950 Pennsylvania Avenue
City, State, Zip: Washington, DC 20530

PS Form 3800

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Reciept Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Postmark Here — JAN -3 2007 — OCCOQUAN VA 22172

Sent To: United States Attorney
Attn: Civil Division
555 4th Street, NW
Washington, DC 20530

PS Form 3800

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20350    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Reciept Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Postmark Here — JAN -3 2007 — OCCOQUAN VA 22125 — 01/03/2007

Sent To: Donald C. Winter
Secretary of the Navy
Navy Pentagon 1000
Washington, DC 20350-1000

PS Form 3800

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Attn: Mail Referral Unit Rm B-103
   950 Pennsylvania Avenue
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X *[signed]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): JAN 0 [?] /07

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 4875 1225

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney
   Attn: Civil Division
   555 4th Street, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X *[signed]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): JAN 0 8 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 4875 1232

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald C. Winter
   Secretary of the Navy
   Navy Pentagon 1000
   Washington, DC 20350-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X **LYNN H. BLEVINS** ☐ Agent ☐ Addressee

B. Received by (Printed Name): **ADMINISTRATIVE ASSISTANT TO THE GENERAL COUNSEL**

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

If YES, enter delivery address below:
DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, D.C. 20350
JAN 10 2007

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 4875 1249

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540