UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL R. SEIFERT, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 06-2219 RBW |
| DONALD C. WINTER<br>Secretary of the Navy, | ) |
|     Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Donald C. Winter, Secretary of the Navy, by counsel, respectfully moves for a two week extension of time, to and including March 23, 2007, within which to respond to Plaintiff's Complaint. This is Defendant's first request for an extension of time for this purpose. Undersigned counsel contacted Plaintiff's counsel to obtain his position on this request for extension of time, and Plaintiff's counsel consented to a two week extension for the filing of Defendant's response to the Complaint.

For cause, Defendant states as follows:

1. Defendant's response to the Complaint is due on March 9, 2007, but because of conflicting responsibilities in other cases surrounding the above deadline, undersigned counsel requests additional time to complete this response.

2. Specifically, the week Defendant's response to the Complaint is due in this case, undersigned counsel is responsible for the filing of responsive pleadings and/or dispositive

motions in the cases of <u>Washington v. Department of Labor</u> (CKK), <u>Seifert v. Department of Navy</u> (RBW), and <u>Coleman v. Bureau of Prisons</u> (RMC).  In addition, on March 12, 2007, undersigned counsel is scheduled to argue the case of <u>Barry v. Gonzales</u> in the Second Circuit Court of Appeals as part of the Deputy Attorney General's immigration emergency project.

    3. In addition, in the last several weeks, undersigned counsel has prepared and filed a number of substantive motions in other cases, including <u>Walker v. EPA</u> (ESH), <u>Hall v. Administrative Office of U.S. Courts</u> (JDB), <u>Clemmons v. DHS</u> (RCL), and <u>Elliot v. USPS</u> (JDB).

    4. On March 8, 2007,  and on March 9, 2007,  the present filing deadline for Defendant's response to the Complaint, the Civil Division of the U.S. Attorney's Office has a mandatory off-site training conference for Assistant U.S. Attorneys.

    5. Undersigned counsel has been working diligently on a dispositive motion in response to Plaintiff's complaint along with the above matters, but because of the aforementioned responsibilities, requests an two weeks to complete this dispositive motion.

For the foregoing reasons, Defendant respectfully requests that this motion for an extension of time be granted.[1]

Dated: March 6, 2007

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


__/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  **6th**  day of March, 2007, I caused the foregoing

**Defendant's Motion for Extension of Time** to be served on plaintiff and counsel for co-

defendant postage prepaid, addressed as follows:

        Grant Lattin
        Lattin and Bednar
        11970 Shorewood Court
        Woodbridge, VA 22192


        /s/
        ALEXANDER D. SHOAIBI
        Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL R. SEIFERT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2219 RBW |
| ) | |
| **DONALD C. WINTER** ) | |
| **Secretary of the Navy,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**UPON CONSIDERATION** of defendant's consent motion for extension of time to file defendant's response to plaintiff's Complaint, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant's response to plaintiff's complaint is due on or before March 23, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007