UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL R. SEIFERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2219 RBW |
| | ) |
| DONALD C. WINTER | ) |
| Secretary of the Navy, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant hereby gives notice of the filing of the administrative record in the above-captioned case. Due to its length, the administrative record is being submitted to the Clerk's Office on a CD which will be available for public viewing between 9:00 a.m. and 4:00 p.m., Monday through Friday. The record's certification is included on the CD.

Dated: March 27, 2006.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

     /s/
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

Case 1:06-cv-02219-RBW    Document 7    Filed 03/27/2007    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this **27th** day of March, 2007, I caused the foregoing **Defendant's Notice of Filing of Administrative Record** to be served on plaintiff postage prepaid, addressed as follows:

> Grant Lattin
> Lattin and Bednar
> 11970 Shorewood Court
> Woodbridge, VA 22192

/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney