UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL R. SEIFERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2219 RBW |
| ) | |
| DONALD C. WINTER ) | |
| Secretary of the Navy, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant hereby gives notice of the filing of the administrative record in the above-captioned case. Due to its length, the administrative record is being submitted to the Clerk's Office on a CD which will be available for public viewing between 9:00 a.m. and 4:00 p.m., Monday through Friday. The record's certification is included on the CD.

Dated: March 28, 2006.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this **28th** day of March, 2007, I caused the foregoing **Defendant's Notice of Filing of Administrative Record** to be served on plaintiff postage prepaid, addressed as follows:

> Grant Lattin
> Lattin and Bednar
> 11970 Shorewood Court
> Woodbridge, VA 22192

/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney