UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL R. SEIFERT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2219 RBW |
| ) | |
| **DONALD C. WINTER** ) | |
| **Secretary of the Navy,** ) | |
| ) | |
| **Defendant.** ) | |

**ERRATA**

Subsequent to the filing of the CD containing the administrative record in this case, defendant learned that the CD filed with the Court and sent to opposing counsel was missing pages 301 to 350 of the administrative record. Defendant today submits another CD that contains the complete administrative record, including the aforementioned pages inadvertently left out of defendant's initial submission. The CD being filed today replaces the incomplete CD filed earlier this week.

Dated: March 30, 2007.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney



_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

     I hereby certify that on this __30th__ day of March, 2007, I caused the foregoing **Errata** to be served on plaintiff postage prepaid, addressed as follows:

        Grant Lattin
        Lattin and Bednar
        11970 Shorewood Court
        Woodbridge, VA 22192


        /s/
        ALEXANDER D. SHOAIBI
        Assistant United States Attorney