UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL R. SEIFERT )<br>            )<br>   Plaintiff )<br>            )<br>v.          )<br>            )<br>DONALD C. WINTER )<br>Secretary of the Navy )<br>            )<br>   Defendant ) | C.A. No. 06-2219 (RBW)<br>Electronic Case Filing |

**PLAINTIFF'S CONSENT MOTION FOR COURT APPROVAL OF PROPOSED BRIEFING SCHEDULE**

This action seeks review of a final agency decision under the Administrative Procedures Act, 5 U.S.C. § 701, *et. seq*. Plaintiff respectfully moves this Court to approve the proposed briefing schedule contained in this motion. Good cause exists to grant this motion:

1. In lieu of Plaintiff filing a Consent Motion for Enlargement of Time to Oppose, Move, or Otherwise Respond to Defendant's Motion for Summary Judgment, plaintiff instead moves for approval of this motion.

2. This case is a review of an administrative agency action that is anticipated will be disposed of by the Court based upon Defendant's Motion for Summary Judgment or Plaintiff's Cross-Motion for Summary Judgment.

3. It is in the best interests of the Court and all parties to this action to have a briefing schedule that will enable all parties to plan, calendar, and anticipate the various motions, oppositions, and replies. Counsel for each party have consulted and agreed upon the following briefing schedule:

    May 7, 2007 – Plaintiff's Opposition and Cross-Motion for Summary Judgment due.

    June 6, 2007 – Defendant's Reply and Opposition due.

June 20, 2007 – Plaintiff's Reply due.

4. Granting this briefing schedule will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. It is currently anticipated by both parties that no further extensions of time will be requested for filing the documents referred to in this briefing schedule.

6. Defendant, through counsel, has given his consent to this motion.

Date:  March 30, 2007

                                        Respectfully submitted,

                                         /s/ Grant Lattin
                                        Grant Lattin, DC Bar # 436051
                                        Counsel for Plaintiff
                                        Lattin & Bednar, LLP
                                        11970 Shorewood Court
                                        Woodbridge, Virginia  22192
                                        Phone:  (703) 490-0000
                                        Fax:  (703) 991-0454
                                        Email:  Glattin@ArmedForcesLaw.com


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL R. SEIFERT, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy )<br>)<br>        Defendant )  | C.A. No. 06-2219 (RBW)<br>Electronic Case Filing |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion for Court Approval of Proposed Briefing Schedule, and the entire record of this case, it is hereby

ORDERED that said motion is GRANTED, and it is

FURTHER ORDERED that all parties to this case will comply with the following Briefing Schedule:

    May 7, 2007 – Plaintiff's Opposition and Cross-Motion for Summary Judgment due.

    June 6, 2007 – Defendant's Reply and Opposition due.

    June 20, 2007 – Plaintiff's Reply due.

Dated this _____ day of _____, 2007.

_____
United States District Judge