## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL R. SEIFERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-2219 (RBW) |
| | ) | |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S OPPOSITION
## TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff opposes Defendant's Motion for Summary Judgment. Plaintiff respectfully submits a Combined Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, and in Support of Plaintiff's Cross Motion for Summary Judgment. This combined memorandum will be filed with Plaintiff's Cross Motion for Summary Judgment and not with this opposition. Plaintiff files with this opposition, Plaintiff's Statement of Material Facts to Which There Exists a Genuine Issue.

Respectfully submitted,

 /s/ Grant Lattin
Grant Lattin, DC Bar # 436051
Lattin & Bednar, LLP
Counsel for Plaintiff
11970 Shorewood Court
Woodbridge, Virginia 22192
Phone: (703) 490-0000
Fax: (703) 991-0454
Email: GLattin@ArmedForcesLaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL R. SEIFERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-2219 (RBW) |
| | ) | |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
TO WHICH THERE EXISTS A GENUINE ISSUE**

Pursuant to LCvR 7(h) and 56.1, plaintiff refers to Defendant's Statement of Material Facts Not in Genuine Dispute ("Defendant's Statement"), and designates below those material facts to which there exists a genuine issue. The numbered paragraphs below correspond to the numbered paragraphs in Defendant's Statement and are admitted if there is no genuine issue or denied if there is a genuine issue.

1. Admit (AR 397, not 38).

2. Admit that plaintiff was removed from his residence by military police based upon an accusation of assault.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

2

10. Admit.

11. Admit.

12. Admit.

13. Admit.

14. Admit.

15. Admit.

16. Admit.

                                          Respectfully submitted,

                                          /s/ Grant Lattin
Grant Lattin, DC Bar # 436051
Lattin & Bednar, LLP
Counsel for Plaintiff
11970 Shorewood Court
Woodbridge, Virginia 22192
Phone: (703) 490-0000
Fax: (703) 991-0454
Email: GLattin@ArmedForcesLaw.com