UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL R. SEIFERT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2219 RBW |
| ) | |
| **DONALD C. WINTER** ) | |
| **Secretary of the Navy,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Donald C. Winter, Secretary of the Navy, by counsel, respectfully moves for a two week extension of time, to and including June 20, 2007, within which to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and its Opposition to Plaintiff's Cross-motion for Summary Judgment. This is Defendant's first request for an extension of time for this purpose. Undersigned counsel contacted Plaintiff's counsel to obtain his position on this request for extension of time, and Plaintiff's counsel consented to the requested two week extension.

For cause, Defendant states as follows:

1. Although undersigned counsel has been diligently working on Defendant's reply and opposition, he has encountered factual issues that require input from agency counsel in order to resolve.

2. In attempting to obtain the aforementioned assistance, undersigned counsel learned that agency counsel is out of the country, and will not return until June 14, 2007.

3. No other agency counsel for defendant has been assigned to this matter, and undersigned counsel cannot, therefore, obtain the assistance he needs until agency counsel returns to the country.

4. Undersigned counsel did not become aware of this problem until the day before the filing deadline of June 6, 2007, and, therefore, was unable to comply with this Court's instruction for filing motions for extension of time four business days prior the actual deadline. Until this afternoon, undersigned counsel had no expectation that defendant would need additional time to file its reply and opposition.

5. Defendant also requests that plaintiff's deadline for filing its reply to defendant's opposition be extended two weeks to July 5, 2007.

6. Granting the requested enlargement would be in the interests of justice and would not prejudice either party as argument on the parties' motions are not to take place until September 28, 2007.

      For the foregoing reasons, Defendant respectfully requests that this motion for an extension of time be granted.[1]

Dated: June 5, 2007

                                  Respectfully submitted,

                                  ___/s_/_____
                                  JEFFREY A. TAYLOR, D.C. BAR #498610
                                  United States Attorney

                                  __/s/_____
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

                                  __/s/_____
                                  ALEXANDER D. SHOAIBI,
                                  Assistant United States Attorney
                                  501 Third Street, N.W., Rm E-4218
                                  Washington, D.C.  20530
                                  (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **5th** day of June, 2007, I caused the foregoing **Defendant's Motion for Extension of Time** to be served on plaintiff's counsel through the ECF system.

           /s/
           ALEXANDER D. SHOAIBI
           Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL R. SEIFERT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    Civil Action No. 06-2219 RBW |
| | ) |
| **DONALD C. WINTER** | ) |
| Secretary of the Navy, | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion for extension of time to file defendant's reply to plaintiff's opposition to defendant's motion for summary judgment and defendant's opposition to plaintiff's cross-motion for summary judgment, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant's reply to plaintiff's opposition to defendant's motion for summary judgment and defendant's opposition to plaintiff's cross-motion for summary judgment is due on or before June 20, 2007, and further, that plaintiff's reply to defendant's opposition to plaintiff's cross-motion for summary judgment is due on or before July 5, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007