UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL R. SEIFERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-2219 (RBW) |
| | ) | |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CONSENT MOTION TO
WAIVE THE FILING OF AN APPENDIX REQUIRED BY LCvR 7(N), OR IN THE
ALTERNATIVE, FOR AN ENLARGEMENT OF TIME TO FILE AN APPENDIX**

This action seeks review of a final agency decision under the Administrative Procedures Act, 5 U.S.C. § 701, et. seq. Plaintiff respectfully moves this Court to waive the requirement to file an appendix as required by LCvR 7(n). The following good cause exists to grant this motion:

1. On March 28, 2007, the defendant filed the Administrative Record in this case.

2. On April 10, 2007, LCvR 7 was amended to include LCvR 7(n) which requires the filing of an appendix, to be prepared jointly by the parties, "containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion." The comment accompanying LCvR 7(n) states the "rule is intended to assist the Court in cases involving a voluminous record (e.g., environmental impact statements) by providing the Court with copies of relevant portions of the record relied upon in any dispositive motion."

3. The Administrative Record previously filed with the Court is a relatively small record of less than 400 pages. The pleadings filed by plaintiff and the defendant include citations that refer to a majority of the Administrative Record. In this case, filing a joint appendix would only create an additional filing that would duplicate a substantial portion of the Administrative Record that has already been filed. Rather than assisting the Court, a joint appendix would create an additional record that would be of limited value to the Court and would not fulfill the purpose for which LCvR 7(n) is intended.

4. Defendant, through counsel, has consented to this motion.

The appendix is currently due to be filed on or before July 18, 2007. In the alternative, if the Court does not grant the plaintiff's consent motion to waive the filing of an appendix as required by LCvR 7(n), the parties respectfully request an enlargement of time to file the appendix up to and including July 25, 2007.

Respectfully submitted,

 /s/ Grant Lattin
Grant Lattin, DC Bar # 436051
Counsel for Plaintiff
Lattin & Bednar, LLP
11970 Shorewood Court
Woodbridge, Virginia  22192
Phone:  (703) 490-0000
Fax:  (703) 991-0454
Email:  Glattin@ArmedForcesLaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL R. SEIFERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-2219 (RBW) |
| | ) | |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of Plaintiff's Consent Motion to Waive the Filing of an Appendix Required by LCvR 7(n), and the entire record of this case, it is

ORDERED that the motion is GRANTED. Accordingly, the parties are relieved of the requirement to file the appendix described in LCvR 7(n).

Dated this _____ day of _____, 2007.

_____
United States District Judge