UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL R. SEIFERT, )<br>   )<br>         Plaintiff, )<br>   )<br>v.   )<br>   ) C.A. No. 06-2219 (RBW)<br>DONALD C. WINTER ) Electronic Case Filing<br>Secretary of the Navy )<br>   )<br>         Defendant ) | |

## PLAINTIFF'S CONSENT MOTION TO CANCEL STATUS CONFERENCE

This action seeks review of a final agency decision under the Administrative Procedures Act, 5 U.S.C. § 701, *et. seq*. A Status Conference is currently calendared for September 28, 2007, at 10:00 AM in Courtroom 16. Both parties are willing and anxious to participate if the Status Conference will serve the Court's purpose. However, after noting the provisions and purposes of Fed. R. Civ. P. Rule 16, plaintiff respectfully moves this Court to cancel the Status Conference based upon the following good cause:

1. All summary judgment pleadings by both parties have been filed in this review of a final agency decision case, and neither party anticipates filing any further pleadings.

2. No discovery or other pre-trial issues are applicable to this case, and this Court now has before it all pleadings necessary to decide this case.

3. Granting this motion will conserve the resources of the Court and both parties.

4. Defendant, through counsel, does not oppose this motion.

Respectfully submitted,

 /s/ Grant Lattin
Grant Lattin, DC Bar # 436051
Counsel for Plaintiff
Lattin & Bednar, LLP
11970 Shorewood Court

Woodbridge, Virginia  22192
Phone:  (703) 490-0000
Fax:  (703) 991-0454
Email:  Glattin@ArmedForcesLaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL R. SEIFERT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 06-2219 (RBW) |
| DONALD C. WINTER ) | Electronic Case Filing |
| Secretary of the Navy ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Cancel Status Conference, and the entire record of this case, it is

ORDERED that the motion is GRANTED. Accordingly, the Status Conference currently calendared for September 28, 2007, at 10:00 AM in Courtroom 16, before Judge Reggie B. Walton, is canceled.

Dated this _____ day of _____, 2007.

_____
United States District Judge