UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SEIFERT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>Secretary of Navy, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2219 (RBW) |

**ORDER**

In accordance with a memorandum opinion to be issued forthwith, it is

**ORDERED** that the Defendant Department of Navy's Motion for Summary Judgment is **DENIED**. It is further

**ORDERED** that the Plaintiff's Cross-Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that **FINAL JUDGMENT** be entered in favor of the plaintiff with respect to the sole count in his complaint. It is further

**ORDERED** that this case is remanded to the Board of Correction of Naval Records for further proceedings consistent with the memorandum opinion accompanying this order to be issued forthwith. It is further

**ORDERED** that this order shall not take effect until the Court issues the memorandum opinion referenced above.

**SO ORDERED** this 28th day of March, 2008.

REGGIE B. WALTON
United States District Judge